# EXHIBIT C

From: **Poon, Ricky (DCWP)** <RPoon@dcwp.nyc.gov>
Date: Tue, 2 Sept 2025 at 15:19
Subject: DCWP Complaint against Clutch Towing Inc.--Additional Information Requested
To: █████████████████ ████████████████

Hello █████████████

We at New York City's Department of Consumer and Worker Protections (DCWP) are looking to take action against Clutch Towing Inc.

Your name turned up in DCWP's complaints against Clutch Towing Inc.

Would you take some time to provide some information on the incident you had with Clutch Towing Inc.?

Below are the questions we are looking to have answered:

-When was the date/time of the tow?

-What was the make, model, and color of the vehicle that Clutch Towing Inc. had towed?

-If you paid Clutch Towing Inc. in cash, would you have any documentation, such as a bank statement, supporting a cash withdrawal?

-Are there any pictures of that incident you would like to send us?

-Did you file a judgment against Clutch Towing Inc.? Would you be willing to provide a copy to us?

-Are there any other documentation that you forgot to provide to our Consumer Services Division?

Best Regards,